■ VIVIAN SCHULMAN, Respondent, v. STUART SCHULMAN, Appellant.— In an action for separation, defendant-husband appeals from so much of an order of the Supreme Court, Nassau County, entered November 30, 1967, as awarded plaintiff (1) $100 per week for her support, (2) an interim counsel fee of $5,000 and (3) exclusive possession of the marital residence with a direction that defendant pay the carrying charges, including those for utilities. Order modified, on the law and the facts, by adding to the award for plaintiff's support a provision that that award is *pendente lite*. As so modified, order affirmed insofar as appealed from, without costs. The terms of the award of support for plaintiff should be corrected to state that the award is *pendente lite*. Beldock, P. J., Christ, Benjamin, Munder and Martuscello, JJ., concur.